Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

***Attorneys for Plaintiff***
***Deepa Gurnani LLC***

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPA GURNANI LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>AMBROSIA DESIGNS, LLC dba INFINITY HEADBANDS, a Florida Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF FOR FEDERAL COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Deepa Gurnani LLC for its claims against Defendant Ambrosia Designs, LLC dba Infinity Headbands ("Defendant") respectfully alleges as follows:

## JURISDICTION AND VENUE

1. Plaintiff files this action against Defendant for copyright infringement under 17 U.S.C. § 501(a) (the "Copyright Act"). This Court has subject matter jurisdiction over this claim under 28 U.S.C. §§1331 and 1338(a).

2. This Court has personal jurisdiction over Defendant because Defendant conducts business within this judicial district.

3. This action arises out of wrongful acts, including the creation,

manufacture, distribution, and/or sale of products by Defendant within this judicial district. Venue is proper in this district pursuant to 28 U.S.C. §1391 because the claims asserted arise in this district.

## THE PARTIES

4. Plaintiff Deepa Gurnani LLC ("Deepa Gurnani") is a New Jersey limited liability company with an office and principal place of business at 35 West 35th Street, Suite 1003, New York, New York 10001.

5. Upon information and belief, Defendant is a limited liability company duly organized and existing under the laws of the state of Florida with an office and principal place of business at 1950 Arrowhead Drive Northeast, St. Petersburg, Florida 33703.

6. Deepa Gurnani is unaware of the names and true capacities of Defendants, whether individual, corporate and/or partnership entities named herein as DOES 1 through 10, inclusive, and therefore sues them by their fictitious names. Deepa Gurnani will seek leave to amend this complaint when their true names and capacities are ascertained. Deepa Gurnani is informed and believes and based thereon alleges that said Defendant and DOES 1 through 10, inclusive, are in some manner responsible for the wrongs alleged herein, and that at all times referenced each was the agent and servant of the other Defendant and was acting within the course and scope of said agency and employment.

7. Deepa Gurnani is informed and believes, and based thereon alleges, that at all relevant times herein, Defendant and DOES 1 through 10, inclusive, knew or reasonably should have known of the acts and behavior alleged herein and the damages caused thereby, and by their inaction ratified and encouraged such acts and behavior. Deepa Gurnani further alleges that Defendant and DOES 1 through 10, inclusive, have a non-delegable duty to prevent or cause such acts and the behavior described herein, which duty Defendant and DOES 1 though 10, inclusive, failed and/or refused to perform.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### A. Deepa Gurnani and Its High-Quality, Hand-Made Accessories

8. Deepa Gurnani has been designing, creating, manufacturing, and selling unique and distinctive embroidered accessories since 2006.

9. Since its inception, Deepa Gurnani has set itself apart from its competitors by keeping the exquisite art of traditional hand embroidery alive. Each of its pieces is created by hand in India by the finest Artisans who use embroidery techniques that have been passed down from generation to generation. This commitment to tradition results in unique, elaborately embellished accessories of unparalleled design, quality, and craftsmanship.

10. With each new piece, Deepa Gurnani endeavors to enhance its Artisan's skills with new techniques and innovations. As a result, the brand and its accessories continues to amaze and inspire fans and consumers, season after season.

11. Taking great pride in its goods, each piece from Deepa Gurnani is checked at least three times before distribution to ensure that each and every product is up to Deepa Gurnani's strict quality standards.

12. Even after ten years in business, Deepa Gurnani's dedication to its design and quality standards have allowed the brand to flourish and grow in the constantly changing fashion and accessories industries.

13. As means of satisfying the consistent demand for exquisite craftsmanship and luxury while also pleasing its more price-conscious consumers, in 2016, Deepa Gurnani launched two separate brands to satisfy the needs of its global customer base. "Deepa Gurnani" remains a luxury brand, focused on limited edition trend-lead capsule collections, made with Swarovski crystals and semi-precious stones. A second brand, "Deepa by Deepa Gurnani" is a more accessible collection, creating beautiful and easy-to-wear pieces for all occasions. The highest quality standards prevail in both collections without compromise to the quality of the craft.

14. Deepa Gurnani is the owner of various copyrighted accessory designs,

including one for the design known and registered as "Beaded Headband Style #WB629A" (U.S. Reg. No. VA 1-768-514; Effective April 26, 2011) (hereinafter, the "WB629A Design").

15. Prior to the acts complained of herein, Deepa Gurnani sold products bearing the WB629A Design to consumers through specialty stores around the United States and the globe. Deepa Gurnani customers also purchase products from the retail website, www.deepagurnani.com (hereinafter, the "Deepa Gurnani Website").

**B. Defendant's Infringing Conduct**

16. Upon information and belief, Defendant designs, manufactures, advertises, distributes, sells and/or offers for sale accessories, including but not limited to headbands. Defendant reaches consumers nationwide, including within this judicial district, through its retail website, www.infinityheadbands.com (the "Infinity Headbands Website").

17. Following Deepa Gurnani's distribution of product bearing the WB629A Design, Deepa Gurnani hereon avers that Defendant created, manufactured, caused to be manufactured, imported, distributed, offered for sale, and/or sold accessories and/or headbands featuring a design which is substantially similar to the WB629A Design ("Accused Products").

18. A comparison of the WB629A Design and an example of the Accused Products is shown below; it is apparent that the elements, composition, colors, arrangement, layout, and appearance of the design are substantially similar.



***Deepa Gurnani's WB629A Design***



***Defendant's Accused Product***

19. Defendant has never been authorized by Deepa Gurnani to create, manufacture, cause to be manufactured, import, distribute, offer for sale, and/or sell merchandise bearing the WB629A Design.

## FIRST CLAIM FOR RELIEF

**(Federal Copyright Infringement – 17 U.S.C. § 501(a))**

20. Deepa Gurnani incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

21. Deepa Gurnani is informed and believes and herein alleges that Defendant had access to the WB629A Design through (a) access to Deepa Gurnani's product designs via the display and sale of same at various retail stores; (b) access to the Deepa Gurnani Website; (c) access to illegally distributed copies of the WB629A Design by third-party vendors and/or DOE Defendants; (d) accessories lawfully bearing the WB629A Design that were manufactured and sold by Deepa Gurnani to its customers.

22. Deepa Gurnani is informed and believes and herein alleges that Defendant infringed upon Deepa Gurnani's copyright by creating, making, and/or developing directly infringing and/or derivative works from the WB629A Design and by producing, distributing, and/or selling accessories that infringe the WB629A Design through the Infinity Headbands Website, which is available to consumers nationwide.

23. Upon information and belief, Defendant may have sold additional products that infringe upon intellectual property owned by Deepa Gurnani. Deepa Gurnani may seek leave to amend as additional information becomes available through discovery.

24. Due to Defendant and its acts of infringement, Deepa Gurnani has suffered substantial damages to its business in an amount to be established at trial.

25. Due to Defendant and its acts of infringement, Deepa Gurnani has suffered general and special damages in an amount to be established at trial

26. Due to Defendant and its acts of copyright infringement as alleged herein, Defendant has obtained direct and indirect profits it would not otherwise have realized but for its infringement of the WB629A Design. As such, Deepa Gurnani is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of the WB629A Design in an amount to be established at trial.

27. Deepa Gurnani is informed and believes and herein alleges that Defendant has committed acts of copyright infringement, as alleged above, that were willful, intentional and malicious, which further subjects Defendant to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000). Within the time permitted by law, Deepa Gurnani will make its election between actual damages and statutory damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Deepa Gurnani LLC respectfully prays that this Court enter judgment in its favor and against Defendant Ambrosia Designs, LLC dba Infinity Headbands as follows:

1. For entry of an ORDER granting temporary, preliminary and permanent injunctive relief restraining and enjoining Defendant, its officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with it from infringing Deepa Gurnani's copyrights in any manner, specifically the WB629A Design;

2. For an award of the losses suffered by Deepa Gurnani, and an award of all profits that Defendant has derived from using the WB629A Design, as well as any other monetary advantage gained by Defendant through its infringement; alternatively, that Deepa Gurnani be awarded statutory damages pursuant to 17 U.S.C. § 101 *et seq.*;

3. For an award of applicable interest amounts, costs, disbursements, and/or attorneys' fees;

4. For an award of profits, damages, and fees to the full extent available; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5. Such other relief as may be just and proper.

Dated: April 28, 2017

BLAKELY LAW GROUP

By: [signature]

Brent H. Blakely
Jessica C. Covington
***Attorneys for Plaintiff***
***Deepa Gurnani LLC***

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Deepa Gurnani LLC hereby demands a trial by jury as to all claims in this litigation.

Dated: April 28, 2017

BLAKELY LAW GROUP

By: [signature]

Brent H. Blakely
Jessica C. Covington
***Attorneys for Plaintiff***
***Deepa Gurnani LLC***